**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1433**

BRUCE W. PEARSON,

Plaintiff - Appellant,

v.

PRINCE WILLIAM COUNTY SCHOOL BOARD,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:19-cv-01543-LMB-TCB)

Submitted:  September 14, 2021                    Decided:  September 17, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bruce W. Pearson, Appellant Pro Se.  Faith Abar Alejandro, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce W. Pearson appeals the district court's order granting summary judgment in favor of the Prince William County School Board on Pearson's race discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pearson v. Prince William Cnty. Sch. Bd.*, No. 1:19-cv-01543-LMB-TCB (E.D. Va. Mar. 25, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
